

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00093-CV

IN RE LUKAS HALE

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

On October 22, 2025, the Relator filed a motion seeking dismissal of his mandamus petition. Without considering the merits of the petition, we grant Relator's motion to dismiss and hereby dismiss his petition seeking a writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1) (detailing procedures for voluntary dismissal of direct appeals).[1]

Scott E. Stevens
Chief Justice

Date Submitted: October 23, 2025
Date Decided: October 24, 2025

---

[1]Having dismissed the petition, we deny as moot the Relator's pending motion.